UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BROOKE JEAN ACOSTA,

    Plaintiff,

-vs-

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and MRS BPO LLC,

    Defendants.

CASE NO. 4:24-cv-00378-RH-MAF

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC,

COMES NOW Plaintiff, BROOKE JEAN ACOSTA, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated 11th day of October 2024.

                                                **/s/ Octavio Gomez**
                                                Octavio "Tav" Gomez
                                                Florida Bar No.: 0338620
                                                Georgia Bar No.: 617963
                                                Pennsylvania No.: 325066

The Consumer Lawyers PLLC<br>
501 E. Kennedy Blvd, Suite 610<br>
Tampa, FL 33602<br>
Cell: (813) 299-8537<br>
Facsimile: (844) 951-3933<br>
Tav@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 11th day of October 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
The Consumer Lawyers
*Attorney for Plaintiff*

2