UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BROOKE JEAN ACOSTA,

  Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and MRS BRO LLC,

  Defendants.

_____/

CASE NO.: 4:24-cv-00378-AW-MAF

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW Plaintiff, BROOKE JEAN ACOSTA, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 13th day of November, 2024.

/s/Octavio Gomez
Octavio "Tav" Gomez

1

        Florida Bar #:0338620
        Georgia Bar #: 617963
        Pennsylvania #: 325066
        The Consumer Lawyers PLLC
        501 E. Kennedy Blvd., Ste 610
        Tampa, FL 33602
        Cell: (813)299-8537
        Facsimile: (844)951-3933
        Primary Email:
        Tav@theconsumerlawyers.com
        Secondary Email:
        Lisa@theconsumerlawyers.com
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 13th day of November, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

        **/s/Octavio Gomez**
        Octavio "Tav" Gomez
        Florida Bar #:0338620
        *Attorney for Plaintiff*