UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BROOKE JEAN ACOSTA,

  Plaintiff,

CASE NO. 4:24-CV-00378-AW-MAF

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and MRS BPO, LLC,

     Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MRS BPO, LLC

COMES NOW Plaintiff, BROOKE JEAN ACOSTA and Defendant, MRS BPO, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant MRS BPO, LLC in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 3rd day of February, 2025.

1

| | |
|---|---|
| **/s/Octavio Gomez** | **/s/ Justin Russell** |
| Octavio "Tav" Gomez | Justin Russell Esq. |
| Florida Bar #:0338620 | Florida Bar No.: 93446 |
| Georgia Bar #: 617963 | KAUFMAN DOLOWICH LLP |
| Pennsylvania #: 325066 | Justin.russell@kaufmandolowich.com |
| The Consumer Lawyers PLLC | 301 E Pine Street, Suite 1150 |
| 501 E. Kennedy Blvd., Ste 610 | Orlando, FL 32801 |
| Tampa, FL 33602 | Tel. (941)228-2552 |
| Cell: (813)299-8537 | Fax: (888) 464-7982 |
| Facsimile: (844)951-3933 | |
| Tav@theconsumerlawyers.com | *Counsel for Defendant MRS BPO, LLC* |
| *Attorney for Plaintiff* | |